SPENCER C. YOUNG, State Bar No. 236593
spencer@spenceryounglaw.com
LAW OFFICES OF SPENCER C. YOUNG
1300 Clay Street, Suite 600
Oakland, CA 94612-1427
Telephone:    510.645.1585
Facsimile:    510.645.1586

Attorney for Plaintiff
NEREIDA SANCHEZ

GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
JILL V. CARTWRIGHT, State Bar No. 260519
jill.cartwright@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEREIDA SANCHEZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>HOME DEPOT U.S.A., INC.; and DOES 1-100,<br><br>            Defendant. | Case No. C-13-02333 TEH<br><br>**STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1)**<br><br>Complaint Filed:   April 8, 2013<br>Trial Date:            August 19, 2014 |

Case No. C-13-02333 TEH
STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1)

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: November 6, 2013           LAW OFFICES OF SPENCER C. YOUNG

                                                  BY:  /s/  Spencer Young
                                                      SPENCER YOUNG

                                                  Attorney For Plaintiff
                                                 NEREIDA SANCHEZ

DATED: November 6, 2013           OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                                  By:    /s/ Jill Cartwright
                                                    GREGORY C. CHENG
                                                    JILL V. CARTWRIGHT

                                                 Attorneys for Defendant
                                                 HOME DEPOT, U.S.A., INC

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: November 6, 2013           By:  /s/ Jill Cartwright
                                                      Jill V. Cartwright

1 **[~~PROPOSED~~] ORDER**

2 The Court having read and considered the foregoing request and stipulation, and with good
3 cause appearing, this action is dismissed with prejudice.

4 IT IS SO ORDERED

7 DATED: _____11/06___, 2013

_____
JUDGE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

18 15665792.2