SPENCER C. YOUNG, State Bar No. 236593
spencer@spenceryounglaw.com
LAW OFFICES OF SPENCER C. YOUNG
1300 Clay Street, Suite 600
Oakland, CA 94612-1427
Telephone:    510.645.1585
Facsimile:     510.645.1586

Attorney for Plaintiff
NEREIDA SANCHEZ

GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
JILL V. CARTWRIGHT, State Bar No. 260519
jill.cartwright@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEREIDA SANCHEZ,<br><br>              Plaintiff,<br><br>     vs.<br><br>HOME DEPOT U.S.A., INC.; and DOES 1-100,<br><br>              Defendant. | Case No. C-13-02333 TEH<br><br>**STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1)**<br><br>Complaint Filed:    April 8, 2013<br>Trial Date:             August 19, 2014 |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: November 6, 2013          LAW OFFICES OF SPENCER C. YOUNG

                                 BY:  /s/  Spencer Young
                                     SPENCER YOUNG

                                 Attorney For Plaintiff
                                 NEREIDA SANCHEZ

DATED: November 6, 2013          OGLETREE, DEAKINS, NASH, SMOAK &
                                 STEWART, P.C.

                                 By:   /s/ Jill Cartwright
                                     GREGORY C. CHENG
                                     JILL V. CARTWRIGHT

                                 Attorneys for Defendant
                                 HOME DEPOT, U.S.A., INC

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: November 6, 2013          By:  /s/ Jill Cartwright
                                     Jill V. Cartwright

**[~~PROPOSED~~] ORDER**

The Court having read and considered the foregoing request and stipulation, and with good cause appearing, this action is dismissed with prejudice.

IT IS SO ORDERED

DATED: _____11/06_____, 2013



Judge Thelton E. Henderson

15665792.2